S. Christian Stouder (Bar No. 149821)
Krsto Mijanovic (Bar No. 205060)
Melinda Carrido (Bar No. 285445)
HAIGHT BROWN & BONESTEEL LLP
555 South Flower Street, Forty-Fifth Floor
Los Angeles, California 90071
Telephone: 213.542.8000
Facsimile: 213.542.8100

Attorneys for Defendant LPS AGENCY SALES AND POSTING, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA E. RUIZ, an individual, | Case No. 2:13-CV-06024-R-CW |
| Plaintiff, | **JUDGMENT OF DISMISSAL** |
| vs. | [DIVERSITY JURISDICTION] |
| WELLS FARGO BANK, N.A., a National Association; LPS AGENCY SALES AND POSTING, a California corporation; and DOES 1 through 100; Inclusive, | |
| Defendants. | |

Plaintiff, Gloria E. Ruiz, having filed with this Court a Notice of Voluntary Dismissal Pursuant to *Federal Rule of Civil Procedure* Rule 41(a)(1) on September 10, 2013:

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that JUDGMENT OF DISMISSAL is entered in favor of LPS AGENCY SALES AND POSTING, INC. and against plaintiff GLORIA RUIZ without prejudice.

Dated: September 13, 2013

_____
HON. MANUEL L. REAL
United States District Judge

LAW OFFICES
HAIGHT, BROWN & BONESTEEL, L.L.P.
Los Angeles

LP09-0000040
9936943.1

1

JUDGMENT OF DISMISSAL